# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_TALLAHASSEE_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

PROVIDED TO TOMOKA CI ON 10-18-19 FOR MAILING BY E.B.

ERIC K. BROOKS,
Inmate # 582151
(Enter full name of Plaintiff)

vs.

CASE NO: 4:19cv524 MW 08
(To be assigned by Clerk)

OFFICER D. MILLER #375,
INDIVIDUAL
-N-
OFFICIAL CAPACITY.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: ERIC K. BROOKS
Inmate Number: X582151
Prison or Jail: Tomoka C.I.
Mailing address: 3950 TIGER BAY Road
Daytona Beach Florida
32124

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: D. MILLER
Official position: OFFICER # 375
Employed at: Tallahassee Police Dept.
Mailing address: 234 East Seventh Ave. Tally, Fla. 32303

(2) Defendant's name:
Official position:
Employed at:
Mailing address:

(3) Defendant's name:
Official position:
Employed at:
Mailing address:

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.    **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

   A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )     No(✓)

      1.    Parties to previous action:
          (a)    Plaintiff(s): _____
          (b)    Defendant(s): _____
      2.    Name of judge: _____     Case #: _____
      3.    County and judicial circuit: _____
      4.    Approximate filing date: _____
      5.    If not still pending, date of dismissal: _____
      6.    Reason for dismissal: _____
      7.    Facts and claims of case: _____
          _____

      **(Attach additional pages as necessary to list state court cases.)**

   B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )     No(✓)

      1.    Parties to previous action:
          a.    Plaintiff(s): _____
          b.    Defendant(s): _____
      2.    District and judicial division: _____
      3.    Name of judge: _____     Case #: _____
      4.    Approximate filing date: _____
      5.    If not still pending, date of dismissal: _____
      6.    Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )              No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: *Not related to this law suite.*

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )              No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case Docket # _____
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: _____

4

6.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) On November 12th 2016 at approximately 3:18 p.m. at 2509 Golf Terrance, Plaintiff was standing at the above location among other people.

2. Officer D. Miller #375 drove his vehicle at the above location and stepped out of his vehicle demanding to talk to whom ever it was that drove the black KIA.

3. Plaintiff started to walk away from the location in which officer Miller stopped him requesting his identification.

4. Plaintiff told officer Miller that he had nothing to talk to him about and he did not know who was driving the vehicle.

5. Officer D. Miller grabbed plaintiff by the shirt and slammed him into the patrol vehicle.

6. Officer Miller #375 handcuffed plaintiff so tight that sharp pain shot through his arms before loosing all circumlation in his risk and arms.

7. Officer Miller then began to search plaintiff in which drugs was unlawfully discovered in plaintiff right pocket without probable cause.

8. Plaintiff was then arrested unlawfully

without probable cause to believe a crime had been commited.

9. Plaintiff told officer Miller, that the handcuffs were to tight and that he could not feel his hands.

10. Plaintiff also informed officer miller, that he needed medical attention because he thought his risk were broke or damaged.

11. Officer miller refuse to allow plaintiff to recieve medical attention and proceeded to transport plaintiff to the leon county jail.

12. Upon arrival, plaintiff complained of pain inflicted upon his body by officer D. Miller.

13. The leon county jail nurse only prescribed tylenol and Ibuprophen to plaintiff after the attack.

14. Plaintiff filed grievances to the internal affairs about the abuse of plaintiff.

15. The alleged charge of count one (1) possession of cocain (F3) and count two (2) No vailid drivers license (m2) was dismissed by the leon county state attorney office.

16. Plaintiff rights were violated by officer D. miller #375, stop, search, seize and falsely arrested plaintiff, in violation of the 4th, 8th and 14th amendment of the United State constitution.

17. Plaintiff exaustion of Administrative Remedies.

# "FALSE ARREST CLAIM"

18.   On November 12th 2016, at approximately 3:18 P.M., Plaintiff was not under arrest and did not commit any offense or any crime.

19.   Plaintiff was unlawfully stopped due to allegely driving a vehicle without license.

20.   The violation of Plaintiff 4th amendment of the United State Constitution led to Petitioner being falsely arrested without Probable cause.

21.   Officer Damion Miller Ploted a reason to hold Plaintiff on scene and refuse to allow Plantiff to go about his business.

22.   Plaintiff Started to walk away from the location in which officer D. Miller stopped and slamed him into the side of the Patrol vehicle, requesting Plaintiff identification from him.

23.   Plaintiff told the officer that he had nothing to talk to him about and he did not know who was driving the vehicle.

24.   Officer Miller began to search Plaintiff without consent or under arrest.

25.   Drugs was allegely found on Plaintiff in which was the sole reason for the arrest without Probable cause for the search.

26.   Officer Miller handcuff Plaintiff so tight that sharp pain moved through his arms before losing all circumlation in his risk and arms.

27.   Plaintiff was then arrested unlawfully without Probable cause to believe a crime had been commited.

\* 7

28. Plaintiff was charged with count one (1) Possession of cocaine and count two (2) No valid drivers license.

29. Both count was dismissed by the Leon County State attorneys office.

30. Plaintiff right were violated by officer Millers' stop, search, seize and falsely arresting Plaintiff, in violation of the 4th, 8th and 14th amendment of the United States constitution.

## EXCESSIVE FORCE

31. On November 12th 2016, Plaintiff did not commit any crime and was not under arrest.

32. Officer Damion Miller committed unlawful acts to Plaintiff by his bad judgement by his use of excessive force.

33. This officer slammed Plaintiff against his patrol vehicle without probable cause and hand cuff Plaintiff so tight that both hands, risk and arms resulted in lost of circumlation and excruciating pain when there were no need for any violence.

34. This officer is in violation of Plaintiff's eighth and fourteenth amendment of the united states Constitution.

#8

## DENIAL OF MEDICAL CARE

35. ON 11-12th 2016, Plaintiff requested Medical attention due to the Pain inflicted upon Plaintiff on scene.

36. Plaintiff made several request that he was hurt and needed medical attention because he could not feel his hand, and risks due to the evil intent of SQUEEZING the handcuffs as tight as he could.

37. OFFICER Damion Miller refuse to allow Plaintiff to see any medical Personales and waited Some time before taking Plaintiff to Jail where he again seeked medical attention.

38. OFFICER Damion Miller is in violation of Plaintiff eighth and fourteenth amendment of the United States Constitution.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

39. The actions of the defendant D. Miller #375 in commiting false arrest, excessive force and a denial of medical care against plaintiff without need or prevocation was done molicously and sadistically and constituted a violation of Plaintiff 4th, 8th and 14th amendment of the United State constitution. At all times herein, defendant were persons for perpose of 42 U.S.C. Section 1983 and acted under color of law to deprive Plaintiff of his Constitutional rights.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

A. Issue a declaratory Judgment stating that:

1. The False arrest, physical abuse of plaintiff and denial of medical care by defendant D. miller, violated Plaintiff rights under the 4th, 8th, and 14th amendment of the United State constitution and constituted an assault-n-Battery under State law.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10/18/19      Eric K. Brooks
(Date)      (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _18_ day of _October_, 20_19_.

Eric K. Brooks
(Signature of Plaintiff)

Revised 03/07

#10

Continuation (B) RELIEF REQUESTED

B. AWARD FOR COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT

1. 1,750,000 INDIVIDUALLY against Defendant D. MILLER for the Physical and emotional injuries sustained as the result of Plaintiff False arrest and harm.

C. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNT

1. 900,000 INDIVIDUALLY against Defendant D. MILLER.

D. DECLATORY & INJUNCTIVE RELIEF

CRIMINAL CHARGES PRESSED ON DEFENDANT D. MILLER # 375

1. FALSIFICATION OF Documents Florida Statute 839.13 (2)(2)

2. 18 UNITED STATE CONSTITUTION 1519 OBSTRUCTION OF JUSTICE

Instructions: 1. Write your legal document on the front blank side. 2. The watermark is to identify this paper for security reasons. 3. The lines on this side are intentionally designed to guide you while writing on the front blank side so that you can produce a legible document

# 11

## OATH

I HEREBY CERTIFY that I have read the foregoing motion, that I understand its content and that all the facts stated herein are true and correct.

_Eric K. Brooks_
Eric K. Brooks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion was placed in the hands of Tomoka Correctional Institution mailroom officials for mailing via U.S. First Class mail to the Clerk of Court, 111 N. ADAMS ST. TALLAHASSEE FLORIDA 32301-7730 on or about this __18__ day of __October__ 2019.

_Eric K. Brooks_
Eric K. Brooks
Tomoka Correctional Institution
3950 TIGER BAY ROAD
DAYTONA BEACH FLORIDA
ZIP → 32124

#12

ERIC K. BROOKS #582151-A-122
TOMOKA CORRECTIONAL INSTITUTION
3950 TIGER BAY ROAD
DAYTONA BEACH FLORIDA
32124

OCT 2 1 2019

MAILED FROM A STATE CORRECTIONAL INSTITUTION

US POSTAGE ›› PITNEY BOWES
ZIP 32124 $ 002.20⁰
0000360581 OCT 18 2019

MAILED FROM A STATE CORRECTIONAL INSTITUTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7717

LEGAL MAIL          LEGAL MAIL          LEGAL MAIL