IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

ERIC K. BROOKS
PLAINTIFF

VS.

OFFICER D. MILLER
DEFENDANTS

Case No: 4:19cv524 MW-CAS

## MOTION FOR PLACEMENT IN LAWYER PROBONO PROGRAM

1. Plaintiff cannot afford to hire a Lawyer. He has requested leave to proceed in forma pauperis in this case.

2. Plaintiff's imprisonment will greatly limit his ability to litigate his case. This case will likely involve substantial investigation and discovery.

3. The issues in this case is complex. A Lawyer would help Plaintiff to apply the law properly in briefs and before the courts. Plaintiff has never before been a party to a civil legal proceeding.

4. A trial in this case will likely involve conflicting testimony. A Lawyer would assist Plaintiff in the presentation of evidence and the cross-examination of the opposing witness.

5. The Plaintiff education level is less than six grade.

Wherefore, Plaintiff request he be assign an counsel to help him respond to defendants' motion for summary judgment and defendant notice to seal Plaintiff photograph evidence to support his claim of exessive force.

## OATH

I HEREBY CERTIFY, that I have read the foregoing motion, that I understand its content and that all of the facts stated herein are true and correct.

*Eric K. Brooks*
ERIC K. BROOKS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was placed in the hands of Tomoka Correctional Institution mailroom officials for mailing via U.S. First class mail to the Clerk of Court, 111 N. ADAMS ST. TALLAHASSEE FLORIDA 32301-7730 ON OR about this 18th day of october 2019.

*Eric K. Brooks*
ERIC K. BROOKS
Tomoka Correctional Institution
3950 TIGER BAY ROAD
DAYTONA BEACH, FLORIDA 32124