IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE, FLORIDA

PROVIDED TO TOMOKA
CI ON _12-3-19_
FOR MAILING BY _C.E.B._

ERIC K. BROOKS
PLAINTIFF,

VS.

Case No: 4:19CV524-MW/CAS

D. MILLER,

## MOTION OF CLARIFICATION

Plaintiff recieved an order from the Honorable Judge CHARLES A. STAMPELOS.

This order is to show and varify that HECK does not apply to this suite because Plaintiff is not incarcerated for the alleged crimes.

Plaintiff can demonstrate that the alleged charges has been invalidated or dropped.

IN Case No: 2016CF-3413 it was dropped and therefore, the Heck rule cannot place any restrictions on Plaintiff filing on his 42 U.S.C. 1983 Law Suite.

Therefore, Plaintiff should be allowed to move forward and the motion of clarification should be granted.

FILED USDC FLND TL
DEC 6 '19 PM 2:31

## CONCLUSION

WHEREFORE, Plaintiff hereby prays that this Court accept this motion of Clarification.

## OATH

I HEREBY CERTIFY, that I have read the foregoing motion, that I understand its content and that all the facts stated herein are true and correct.

*Eric K. Brooks 582151*
ERIC K. Brooks # 582151
Plaintiff, PRO-se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion for Clarification, was placed into the hands of Tomoka Correctional institution mailroom official for mailing to Clerk of Court at the United States District Court, Northern District of Florida 111 North Adams Street, Suite 322, Tallahassee Florida 32301-7717 and the office of the Attorney General, the Honorable Ashley Moody, The Capitol PL-01, Tallahassee, Florida 32399-1050 on this ___03___ day of December 2019.

Respectfully Submitted
*Eric K. Brooks*
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida 32124

Eric Brooks 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida
zip 32124

MAILED FROM A
STATE CORRECTION
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.50⁰
02 4W
0000360581 DEC. 03 2019

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

UNITED State District Court
Northern District of Florida
111 North Adams Street
Suite 322 LEGAL MAIL
Tallahassee, Florida 32301-7717