UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,

     Plaintiff,

v.                              Case No.:  4:19cv524-MW-CAS

DAMON MILLER,

     Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Officer Damon Miller, by and through his undersigned counsel, hereby files this Answer and Affirmative Defenses to Plaintiff's Complaint.

## STATEMENT OF FACTS

1. The allegations in this paragraph are denied.

2. The allegations in this paragraph are denied.

3. The allegations in this paragraph are denied.

4. The allegations in this paragraph are denied.

5. The allegations in this paragraph are denied.

6. The allegations in this paragraph are denied.

7. The allegations in this paragraph are denied.

1

8. The allegations in this paragraph are denied.

9. The allegations in this paragraph are denied.

10. The allegations in this paragraph are denied.

11. The allegations in this paragraph are denied.

12. The allegations in this paragraph are denied.

13. The allegations in this paragraph are denied.

14. The allegations in this paragraph are denied.

15. The allegations in this paragraph are denied.

16. The allegations in this paragraph are denied.

17. The allegations in this paragraph are denied.

## **FALSE ARREST CLAIM (COUNT I)**

18. The allegations in this paragraph are denied.

19. The allegations in this paragraph are denied.

20. The allegations in this paragraph are denied.

21. The allegations in this paragraph are denied.

22. The allegations in this paragraph are denied.

23. The allegations in this paragraph are denied.

24. The allegations in this paragraph are denied.

25. The allegations in this paragraph are denied.

26. The allegations in this paragraph are denied.

27. The allegations in this paragraph are denied.

28. The allegations in this paragraph are denied as to the counts; the substance of the charges are admitted.

29. The allegations in this paragraph are admitted.

30. The allegations in this paragraph are denied.

## EXCESSIVE FORCE (COUNT II)

31. The allegations in this paragraph are denied.

32. The allegations in this paragraph are denied.

33. The allegations in this paragraph are denied.

34. The allegations in this paragraph are denied.

## DENIAL OF MEDICAL CARE (COUNT III)

35. The allegations in this paragraph are denied.

36. The allegations in this paragraph are denied.

37. The allegations in this paragraph are denied.

38. The allegations in this paragraph are denied.

39. The allegations in this paragraph are denied.

## RELIEF REQUESTED

Defendant Miller denies the allegations contained in these paragraphs and denies he is liable to the Plaintiff in any sum or manner or that Plaintiff is entitled to any relief whatsoever. Defendant Miller denies that the relief sought by Plaintiff is proper.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to allege sufficient facts to state a claim for which relief can be granted.

2. Some or all of Plaintiff's claims are barred by the doctrine of sovereign immunity.

3. Some or all of Plaintiff's claims are barred by the doctrine of qualified immunity.

4. Any actions by Officer Miller and all City officers towards Plaintiff were in good faith and without malice.

5. Any and all actions taken by other City law enforcement officers in detaining, arresting, and/or prosecuting the Plaintiff were undertaken in good faith.

6. Officer Miller's conduct was not the proximate cause of any injury to the plaintiff because of circumstances and events leading to the alleged injuries were not foreseeable to Officer Miller, were consequences of the conduct of the plaintiff, and were too remote in time and place from Officer Miller's conduct.

7. At times materials hereto, probable cause existed for Plaintiff's arrest based on facts and circumstances observed by Officer Miller and other City officers at the time of the arrest.

8. At times material hereto, probable cause existed for the criminal prosecution of Plaintiff.

9. Any force used by Officer Miller against Plaintiff, if any, was objectively reasonable under the circumstances and not in violation of any of Plaintiff's rights under the Constitution nor in violation of any other state or federal law.

10. To the extent any constitutional right of Plaintiff's was violated, which Officer Miller denies, the violation of law was not clearly established at the time of the incident, and thus, Officer Miller is entitled to qualified immunity.

11. Plaintiff was not denied medical care and cannot establish a claim of deliberate indifference.

12. Plaintiff has failed to mitigate his damages and has suffered no damages.

13. Any and all damages allegedly sustained by the Plaintiff, if any, were caused by the actions of the Plaintiff.

WHEREFORE, Defendant Officer Damon Miller respectfully requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in

Defendant's favor, that Plaintiff take nothing by this action, and that Defendant recover its attorney's fees, costs, and expenses associated with this lawsuit.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, a copy of the foregoing was served electronically through the court's portal service list and by regular mail to Plaintiff, Eric K. Brooks, Inmate No.: 582151, Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124.

>                                       s/Hannah D. Monroe
>                                       Florida Bar Number:  102762
>                                       Assistant City Attorney
>                                       City Attorney's Office
>                                       300 South Adams Street, Box A-5
>                                       Tallahassee, FL  32301
>                                       Phone: (850) 891-8554
>                                       Fax: (850) 891-8973
>                                       Hannah.Monroe@talgov.com
>                                       *Attorney for Defendant*
>                                       *City of Tallahassee*