UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,

    Plaintiff,

v.   CASE NO.:  4:19CV524-MW-CAS

DAMON MILLER,

    Defendant.
_____/

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Effective immediately, Hannah D. Monroe, Assistant City Attorney, will replace Matthew Scanlan, Assistant City Attorney, as counsel for the Defendant. All pleadings, correspondence, etc. should be mailed to the address below:

    HANNAH D. MONROE
    Assistant City Attorney
    Florida Bar No.: 102762
    CITY ATTORNEY'S OFFICE
    300 S. Adams Street, Box A-5
    Tallahassee, Florida 32301
    Phone: (850) 891-8554 Fax: (850) 891-8973
    Hannah.Monroe@talgov.com

Dated this 7th day of February 2020.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of February 2020, a true and correct copy of the foregoing has been furnished electronically and by regular mail to the Plaintiff, Eric K. Brooks, Inmate No. 582151, Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124.

                                                                     s/Hannah D. Monroe
                                                                     HANNAH D. MONROE
Assistant City Attorney
Florida Bar No.: 102762
CITY ATTORNEY'S OFFICE
300 South Adams Street, Box A-5
Tallahassee, Florida 32301
Phone: (850)- 891-8554
Fax: (850) 891-8973
Hannah.Monroe@talgov.com
ATTORNEY FOR DEFENDANT