IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,
PLAINTIFF,

PROVIDED TO TOMOKA
CI ON 2-24-20
FOR MAILING BY CEB

VS.

Case NO: 4:19CV524-MW/CAS

OFFICER D. MILLER,
DEFENDANT.

## DECLARATION FOR ENTRY OF DEFAULT

ERIC K. BROOKS, hereby declares:
I am the Plaintiff herein. The complaint herein was filled on the 10th/18/2019.

THE court files and record herein shows that the Defendant were served by the United States Marshal with a copy of the Summons, and a copy of the Plaintiff's complaint.

More than 20 days have elapsed since the date on which the defendant herein were served with summons and a copy of Plaintiffs' complaint, excluding the date thereof.

A court order was issued on December 10th 2019, requiring a responce from the defendant of Plaintiffs complaint by February 10th, 2020.

THE Defendant have disregard the order and deliberly failed to answer or otherwise defend as to Plaintiffs' complaint, or serve a copy of any answer or any defense which it might have had upon Plaintiff herein.

Defendant are not in the military service and are not infants or incompetents.

THEREFORE, theres no reason for the defendant to have failed to respond to the courts order and Plaintiff hereby request that the court grant the motion as though Defendant has conceeded to the facts alleged in the complaint.

WHEREFORE, Plaintiff hereby Prays this honorable court inter an order granting Default Judgment in his Favor.

Eric K. Brooks
ERIC K. BROOKS #582151
PRO-SE, PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the forgoing motion has been furnished by U.S. Mail To: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, OFFICE OF THE CLERK, 111 NORTH ADAMS STREET, SUITE-322, TALLAHASSEE, FLORIDA 32301-7717. ON THIS 24th DAY OF February 2020.

RESPECTFULLY SUBMITTED

*Eric K. Brooks*

ERIC K. BROOKS #582151
PLAINTIFF PRO-SE

TOMOKA CORRECTIONAL INSTITUTION
3950 TIGER BAY ROAD
DAYTONA BEACH, FLORIDA 32124

Eric Brooks 582151
Tomoka correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida
zip 32124



MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.50
02 4W
0000360581 FEB 24 2020

United States Northern District
Clerk of The Court
111 N. Adams St.
Tallahassee, Florida 32301-7730

CHECKED FEB 26 2020

LEGAL MAIL