PROVIDED TO TOMOKA
CI ON 5-07-20
FOR MAILING BY [initials] E.B. Daytona Beach

"CLERK OF COURT"
May 4, 2020

re: Case NO. 4:19cv524MW/MAF

I am requesting that this court send Plaintiff Eric K. Brooks instructions from the court of how it handles subpoena's process during discovery documents.

I also ask this court to send 12 subpoena's forms and one copy Subpoena Duces Tecum form so Plaintiff can have the Marshell's office to deliver the subpoena's to Defendant's during Plaintiff's discovery process.

Thank you in advance
Eric K. Brooks
582151-B-1213

Eric K. Brooks #582151-15-1213
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida 32124

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

US POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.50⁰
0000360581 MAY 04 2020

CHECKED FM 9 6 2020

CLERK OF COURT
United States District Court
Northern District Of Florida
111 North Adams Street, Suite 322
Tallahassee, Florida 82301-7730

Legal M: IL