Daytona Beach, FL
May 7, 2020

Clerk of the Court, Northern District of Florida
Tallahassee, Florida 32301-7730

PROVIDED TO TOMOKA
CI ON  5-7-20
FOR MAILING BY [initials]

Dear Sir:

Due to the Covid-19 pandemic, all inmate law libraries are closed indefinitely. I am the plaintiff in Brooks v. Miller, 4:19cv0524-MW/MAF, currently in the discovery stage and facing a Motion for Summary Judgment. I do not have access to the Local Rules of the Northern District.

Can you provide me with the relevant Local Rules, including any standardized forms in current use, for the following?
1) Motion to Compel Discovery
2) Motion for Enlargement/Extension of Time
3) Summary Judgment, including Motion in Opposition to Summary Judgment

Thank you for your assistance. Any help you can offer me under these extraordinary circumstances would be deeply appreciated.

Respectfully submitted,
Eric K. Brooks

Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

FILED USDC FLND TL
MAY 11 '20 PM3:39

Eric R. Rhodes 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida 32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7730

**LEGAL MAIL**