**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERIC K. BROOKS,**

    **Plaintiff,**

vs.                                              Case No. 4:19cv524-MW-MAF

**OFFICER D. MILLER,**

    **Defendant.**

_____/

**O R D E R**

    Plaintiff, proceeding pro se, has filed a notice to the Clerk's Office indicating that the law library at his institution is "closed indefinitely" because of the COVID-19 pandemic. ECF No. 21. Plaintiff seeks copies of certain Local Rules and standard forms used in this Court. *Id.*

    The Clerk of Court is directed to provide Plaintiff with copies of Local Rule 7.1 (pages 14-16 of the Rules), Rule 26.1 (pages 22-23), and Rule 56.1 (pages 28-29). The Clerk shall also provide Plaintiff with a copy of the "Certificate of Service" form, the form for filing a notice of change of address, and the form for requesting an enlargement of time.

Plaintiff is reminded that any document submitted to this Court for filing must include a certificate of service which demonstrates that Plaintiff also served a copy of the document on opposing counsel. Finally, assistance in a case is properly requested by filing a motion with the Court and not by submitting letters to the Clerk's Office.

Accordingly, it is

**ORDERED:**

1. Plaintiff's request for copies of local rules and forms, ECF No. 21, is **GRANTED**.

2. The Clerk of Court shall provide Plaintiff with the following copies: (1) Local Rule 7.1 (pages 14-16 of the Rules); (2) Local Rule 26.1 (pages 22-23); and (3) Local Rule 56.1 (pages 28-29).

3. The Clerk of Court shall provide Plaintiff with a copy of the following standard forms: (1) the "Certificate of Service" form; (2) the form for filing a notice of change of address, and (3) the form for requesting an enlargement of time.

4. Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

5.  The Clerk shall return this file upon the Plaintiff's filing of a response to the prior Order, a response to the pending summary judgment motion, or no later than June 15, 2020.

**DONE AND ORDERED** on May 13, 2020.

        **S/   Martin A. Fitzpatrick**
        **MARTIN A. FITZPATRICK**
        **UNITED STATES MAGISTRATE JUDGE**