# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ERIC K. BROOKS,**

    **Plaintiff,**

**vs.**	**Case No.  4:19cv524-MW-MAF**

**OFFICER D. MILLER,**

    **Defendant.**

_____/

## O R D E R

Plaintiff, proceeding pro se, has filed a motion seeking to compel production, ECF No. 24, which also includes a request for a 60-day extension of time in which to prepare his response to Defendant's pending summary judgment motion. Plaintiff's motion was mailed to this Court prior to Plaintiff's receipt of a recent Order which granted Defendant's motion to stay discovery. However, Plaintiff's motion raises an issue which, nevertheless, should be addressed.

It appears that Plaintiff may not have been able to review Defendant's Ex. C, which is the MAVRIC video of the relevant event. ECF No. 24 at 3. That video is relevant to this case and, in particular, to Defendant's

summary judgment motion.  Defendant must file a response to Plaintiff's motion, ECF No. 24, addressing this issue and clarifying whether or not Plaintiff's copy of the video was returned to counsel.  Defendant must respond by **May 26, 2002**.

Accordingly, it is

**ORDERED:**

1.  Ruling on Plaintiff's motion, ECF No. 24, is **DEFERRED**.

2.  Defendant shall have until **May 26, 2020,** to respond to Plaintiff's motion.

3.  Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

4.  The Clerk shall return this file upon Defendant's filing of a response to the motion, or no later than May 26, 2020.

**DONE AND ORDERED** on May 14, 2020.

S/  Martin A. Fitzpatrick  
**MARTIN A. FITZPATRICK**  
**UNITED STATES MAGISTRATE JUDGE**
