UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,

    Plaintiff,

v.                            Case No.:  4:19CV524-MW-MAF

DAMON MILLER,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO MOTION
TO COMPEL AND TO ENLARGE DISCOVERY PERIOD**

    Defendant Officer Damon Miller, by and through undersigned counsel, and pursuant to the Court's Order (ECF No. 25) hereby files this response to Plaintiff's Motion to Compel Production and Enlarge Discovery (ECF No. 24). The Court is familiar with the procedural background of this case, and no recitation is required. However, some of the issues Plaintiff raises in his Motion to Compel (ECF No. 24) are due to pleadings passing in the mail. For instance, Plaintiff alleges Defendant filed his Motion for Summary Judgment rather than responding to Plaintiff's letter advising he had not received the MAVRIC videos. But the Motion for Summary Judgment was filed prior to Defendant's receipt of Plaintiff's letter. In any event, Defendant's counsel cannot assist Plaintiff in an administrative grievance against the

Department of Corrections regarding Plaintiff's inability to view video evidence while incarcerated.

In compliance with the Court's Order (ECF No. 25), Defendant's counsel advises this Court that the MAVRIC videos of the event sent to Plaintiff were indeed returned to Defendant's counsel. However, this issue is not a discovery violation properly addressed by a Motion to Compel. Defendant attempted to comply with Plaintiff's discovery requests by mailing him both the audio and video of the event in question, but the videos were returned to Defendant presumably due to prison policy and through no fault of Defendant. The MAVRIC video alone, not the audio, was provided to this Court as an exhibit to Defendant's Motion for Summary Judgment (ECF No. 10, Ex. C), but an additional courtesy copy was not mailed to Plaintiff, due to the videos being previously returned to Defendant's counsel.

Due to Plaintiff's incarcerated status, Defendant's counsel does not know if Plaintiff will be able to view the video during this litigation. However, the video evidence of the incident would only hurt Plaintiff's case, not help him defeat Defendant's Motion for Summary Judgment. The video refutes Plaintiff's claims of force and shows him in possession of cocaine. The video shows there is no material dispute of fact at issue in this case regarding Plaintiff's claims of false arrest, excessive force, or deliberate indifference to a serious medical need.

For these reasons, Defendant Officer Miller objects to an enlargement of time for Plaintiff to complete discovery or file a response to the summary judgment motion. Defendant Officer Miller opposes this litigation being halted while Plaintiff seeks administrative relief against the Department of Corrections regarding alleged violations of policies regarding prisoner correspondence. Again, the video refutes Plaintiff's claim of excessive force, i.e. that he was slammed against a patrol car, and were provided to this Court only to show the lack of a genuine dispute of material fact with regard to some of Plaintiff's allegations. The video has no bearing on the legal arguments regarding qualified immunity Defendant has continued to raise in this Court. (ECF Nos. 10 and 14)

WHEREFORE, for the reasons stated above, Defendant Officer Miller objects to Plaintiff's Motion to Compel and Enlarging the Time for Discovery and seeks an Order from this Court ruling on the issue of qualified immunity after Plaintiff has responded to the Motion for Summary Judgment by the current deadline of June 15, 2020.

Dated:  May 21, 2020

                                                     Respectfully submitted,

                                                     s/ Hannah D. Monroe  
                                                     Florida Bar Number:  102762  
                                                     Assistant City Attorney  
                                                     City Attorney's Office  
                                                     300 South Adams Street, Box A-5

>Tallahassee, FL  32301
>(850) 891-8554; Fax: (850) 891-8973
>Hannah.Monroe@talgov.com
>*Attorney for Defendant*
>*Officer Damon Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2020, a copy of the foregoing document was served by regular mail to Plaintiff, Eric K. Brooks, Inmate No.: 582151, Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, FL  32124

>s/ Hannah D. Monroe
>Hannah D. Monroe
>Florida Bar Number:  102762
>Assistant City Attorney
>City Attorney's Office
>300 South Adams Street, Box A-5
>Tallahassee, FL  32301
>(850) 891-8554; Fax: (850) 891-8973
>Hannah.Monroe@talgov.com
>*Attorney for Defendant*
>*Officer Damon Miller*