UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROVIDED TO TOMOKA
CI ON 5/18/20
FOR MAILING BY ____ E.B.

ERIC K. BROOKS,
Plaintiff,

v.s.

Case No: 4:19cv0524-MW/MAF

OFFICER DAMON MILLER
Defendant,

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, ERIC K. BROOKS, Pro-se, Pursuant to Rule 15(a) Fed. R. Civ. P., and requests leave to file an Amended Complaint adding a Party, in support of which he offers the following:

1. Plaintiff filed this action alleging that Defendant Damon Miller falsely arrested Plaintiff Brooks, used excessive force, unlawfully searched him and filed two felony charges against Brooks resulting in 349 days spent in Leon County jail before the charges were dismissed.

2. Defendant Miller swore out a Probable cause affidavit on November 12, 2016, after transporting Brooks to the Leon County jail.

3. Plaintiff contends and alleges that the Probable Cause Affidavit was falsified by Miller as a pretext to cover Miller's illegal and tortious acts committed against Brooks during the course of his arrest.

4. During discovery Brooks received 230 pages of documents from defendant Miller's counsel, Hannah D. Monroe, City of Tallahassee attorney.

5. After close examination of discovery documents, Plaintiff found false entries and elements on various state documents uttered by Defendant Miller, including the aforementioned Probable Cause Affidavit, Bates #51-54.

6. Falsifying state documents is a felony under Florida law, as is giving false sworn evidence or **testimony**.

7. On p.3 of the Probable cause affidavit (Bates #53) there appears under the title "Certifying officer" the following entry: "J.R. #609."

8. Plaintiff names "J.R. #609" John Doe #1, pending positive identification through the discovery process, and alleges that John Doe #1 by certifying Miller's falsified utterances entered into

a criminal conspiracy with Defendant Miller to deprive Plaintiff Brooks of his constitutional rights to be free of false arrest, to be free of illegal search and seizure, to be free of assault and/or excessive force used by Miller; and/or that John Doe #1 committed the pendant state law tort of concert of action to violate these same enumerated rights; and/or that John Doe #1 was an accessory after the fact to Miller's illegal and tortious behavior.

9. Plaintiff has exercised due diligence in obtaining this information through discovery and now approaches this court for leave to amend because Justice so requires.

10. Plaintiff avers that the purpose of this amendment is not to render Defendant's Motion for Summary Judment moot but to bring the malfeasor to Justice.

11. This court should grant leave freely to amend this complaint. Forman v. Davis, 371, 178, 182, 83 S.Ct. 227 (1962).

May 18, 2020

Respectfully Submitted,

Eric K. Brooks

Eric K. Brooks, Plaintiff
XX 582151 Tomoka C.I.
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

Eric Brooks 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION



U.S. POSTAGE >> PITNEY BOWES

ZIP 32124 $ 000.80
02 4W
0000360581 MAY 19 2020

CHECKED A... 22 2020

United States District Court
Northern District of Florida
Office of The Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7730