PROVIDED TO TOMOKA CI
ON 5/22/20
FOR MAILING BY E.B.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,
    Plaintiff,

vs.                      Case No. 4:19cv0524-MW/MAF

OFFICER DAMON MILLER
    Defendant.  /

MOTION TO SUPPLEMENT THE RECORD

    Comes now the Plaintiff, Eric K. Brooks, Pro-se and supplements the record by entering the enclosed documents styled Plaintiff's Exhibits A, B, and C. They were named in Plaintiff's objection to Defendant's motion to stay, which was filed on May 18, 2020 to this court and provided to Defendant through counsel on May 20, 2020, due to problems accessing prison legal mail. They are described below:

    Plaintiff's Exhibit-A: Tallahassee Police Department Incident Report, Bates # 226-229
    Plaintiff's Exhibit-B: Florida Uniform Traffic citation, Bates #55
    Plaintiff's Exhibit-C: Property and Evidence Receipt, Bates #230
These exhibits may also be used in opposition to summary judgment and/or trial.

Respectfully submitted,
Eric K. Brooks
Eric K. Brooks, Plaintiff

enclosures: 6 pages of exhibits

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have provided a copy of this motion to supplement the record to Defendant, through counsel Hannah D. MonRoe, 300 S. Adams ST. Box A-5, Tallahassee, FL. 32301, by furnishing it to prison mail officials for prepaid U.S First class mail on this 22 day of May, 2020.

Eric K. Brooks
Eric K. Brooks, Plaintiff
#582151 Tomoka C.I.
3950 Tiger Bay Road
Daytona Beach, FL. 32124-1098

WORD COUNT MEMORANDUM

The foregoing Motion is approximately 117 word in length.

Eric K. Brooks
Eric K. Brooks, Plaintiff

Appendix 1: Evidence sought from Defendant Damon Miller in Plaintiff's Second Request For Production of Documents, Filed on April 27, 2020:

1. Florida Statute §901 Arrests; (version in effect on November 12, 2016.)
Reason: To establish lawful standards for probable cause which Defendant Miller knew or should have known when he arrested Plaintiff.

2. Tallahassee Police Department "General Order 59 (Transporting and Book procedures)"—version in effect on November 12, 2016;
Reason: To establish the proper use of hand restraints used by TPD Officers when transporting arrestee's; To establish Book-in procedures calculated to lead to other sources of documents admissible as evidence of Plaintiff's alleged injuries.

3. Tallahassee Police Department: "CIB-12, Follow up Investigations", in effect on November 12, 2016.
Reason: To establish TPD internal investigation procedures to determine why Plaintiff Brooks' multiple internal affairs complaint were not investigated and/or logged; and who made that determination; and/or why it was made. Source: Bates #001

4. Full name, badge #, employee file: (specifically, hire and discharge dates if applicable), last rank attained of "Officer Wirght" (sic), referred to on Bates # 52, 229.
Reason: To establish Officer Wirght's role and actual presence as alleged in the PCA by Defendant

5. Dashcam video and audio of "Office Wirght" at scene of Mr. Brooks' arrest on November 12, 2016
Reason: To establish veracity of Defendant's narrative of Wirghts role and/or test result

6. Dashcam video of MAVRIC # 100711, if not previously included in Defendant's First Production of Documents, Request No. 6

7. Any and all reports, field notes, incident reports, field-test results and other paperwork generated by "officer Wirght" (Wright) at scene of Mr. Brooks arrest.
Reason: See # 4+5

8. Audio recordings of Tallahassee Police Department dispatcher and all radio transmissions including side channels; 3:00 p.m. to 4:30 p.m. November 12, 2016.
Reason: To establish plaintiff's assertion that Defendant was dispatched to 2516 Golf Terrace, as Defendant reported in Bates # 226; to determine why Defendant was dispatched there.

May 20, 2020   I certify by my signature that the above-listed items 1 through 8 are a true copy of the Requests served on Defendant's counsel on April 27, 2020.

_Eric K. Brooks_
Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

Appendix 2: Evidence to be obtained by subpoena from non-parties Leon County Jail, City of Tallahassee Tax Assessor's office, and Department of motor vehicle (DMV)

1. Book-IN procedure's and policies, Leon county Jail ("LCJ")
Reason: To establish potential sources of evidence documenting Brooks' injuries upon receipt into L.C.J. custody.

2. Book-IN data of Eric K. Brooks including but not limited to book-in photo, height, and any other paperwork or digital record, L.C.J., From November 12, 2016 to November 11, 2017.
Reason: To establish Brooks' official height in order to prove Defendant Miller entered another person's characteristics into the Florida Uniform Traffic citation Bates # 55; to locate other proofs of Brooks' injuries following his arrest on November 12, 2016.

3. All medical records of Eric K. Brooks at Leon county Jail from November 12, 2016, to November 11, 2017, including any contract health-care providers, to include but not limited to pharmacy prescriptions, sick-call slips, nurse visits to Brooks' housing unit, doctor referals, and mental health consultations.
Reason: To document Brooks' injuries and any treatment or persistent complaints.

4. Plat map of Golf Terrace and surrounding environs, including Putnam Street.
Reason: To establish where Defendant Miller observed Brooks; to demonstrate that it was not physically possible to see Brooks from where Miller alleged to have done so.

5. Department of motor vehicles records: 1. name of person issued Florida driver's license # B620211732820  2. Driver's license data of Eric C. Brooks, stipulating these facts alone: height, zip code, license class, expiration date and any license endorsements - all requested records above as of november 12, 2016.

Reason: To establish whose DL # Defendant Miller entered on his sworn probable Affidavit, Bates # 51; to establish whether Eric C. Brooks' personal data was falsely attributed to plaintiff Eric K. Brooks on Miller's falsified Florida Uniform Traffic Citation, Bates # 55.

Eric K. Brooks 532651
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.95
02 4W
0000360581 MAY. 26. 2020

CHECKED MAY 15 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS Street suite 322
Tallahassee, Florida 32301-7730

LEGAL MAIL

LEGAL MAIL

PROVIDED TO TOMOKA C.I.
ON 5/28/20
FOR MAILING BY E.B.