**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ERIC K. BROOKS,**

     **Plaintiff,**

**vs.**                            **Case No.  4:19cv524-MW-MAF**

**OFFICER D. MILLER,**

     **Defendant.**

_____/

**O R D E R**

The pro se Plaintiff has filed a "motion for review" of an Order, ECF No. 22, which was entered on May 12, 2020, and which stayed discovery pending a ruling on Defendant's motion for summary judgment, ECF No. 17.  Plaintiff's motion is granted and the Clerk of Court shall refer Plaintiff's motion, which is deemed to be Plaintiff's objections to the prior Order, ECF No. 22, which was modified by a subsequent Order, *see* ECF No. 30, on May 27, 2020.

In addition, Plaintiff submitted a motion to supplement the record, ECF No. 32, which appears to request that three exhibits be considered along with Plaintiff's objection to Defendant's motion to stay.  However,

Plaintiff has not submitted the exhibits; rather, Plaintiff lists documents he presumably wants to receive through discovery.  Accordingly, Plaintiff's motion to supplement the record is denied.

Notably, Defendant's motion to stay was granted in the Order Plaintiff now seeks to challenge.  The Clerk of Court shall refer the relevant documents to the presiding District Judge for review.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion for review of magistrate's order, ECF No. 31, is **GRANTED** to the extent that Plaintiff's motion will be construed as Objections to the prior Order and referred to the presiding District Judge.

2.  The Clerk of Court shall immediately refer Plaintiff's objections, ECF No. 31, along with the challenged Order, ECF No. 22, as modified by the recent Order, ECF No. 30, entered on May 27, 2020, and Plaintiff's previously filed objection, ECF No. 28, to the presiding District Judge.

3.  Plaintiff's motion to supplement the record, ECF No. 32, is **DENIED.**

4.  The telephonic conference which is scheduled for 9:30 a.m., E.S.T., on **June 11, 2020**, shall proceed to consider the issue of how to

Case No. 4:19cv524-MW-MAF

provide Plaintiff with a copy of the MAVRIC video submitted by the

Defendant in his motion for summary judgment.

5.   Plaintiff shall immediately file a notice to the Clerk's Office in the

event his address changes, he is transferred, or released from custody.

6.  The Clerk of Court shall refer this case to the undersigned upon

entry of an order by the District Judge concerning Plaintiff's objections.

**DONE AND ORDERED** on June 2, 2020.


**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**