IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,

      Plaintiff,

v.                                Case No.  4:19cv524-MW/MAF

OFFICER D. MILLER,

      Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER

The Magistrate Judge entered its Order on May 12, 2020, ECF No. 22, granting Defendant's motion to stay discovery pending a ruling on the summary judgment motion (ECF No. 19); allowing Plaintiff to file a response to the Magistrate Judge's order by May 28, 2020; giving Plaintiff a deadline of June 15, 2020, to respond to the motion for summary judgment and permitting Defendant to file a reply to Plaintiff's response by June 22, 2020; and denying Plaintiff's motion to issue subpoenas (ECF No. 20).

On May 27, 2020, the Magistrate Judge modified its order of May 12, 2020, (ECF No. 22) by granting in part Plaintiff's First Motion to Compel Discovery (ECF No. 24); directing the Clerk of Court to schedule a telephonic conference for June 11, 2020; directing Plaintiff to provide the Magistrate Judge's order to a prison

1

official who could facilitate Plaintiff's receipt of Defendant's Exhibit C; denying Plaintiff's motion for leave to serve additional interrogatories (ECF No. 27); denying without prejudice to Plaintiff leave to amend his complaint (ECF No. 29); overruling Plaintiff's objection to the motion to stay discovery (ECF No. 28); and **vacating** Plaintiff's deadline of June 15, 2020 to respond to the motion for summary judgment (ECF No. 22). ECF No. 30.  Each Magistrate Judge ruling in ECF Nos. 22 and 30, is a non-dispositive pretrial matter.

Defendant has filed his *pro se* Motion for Review of Magistrate's Order (ECF No. 22) pursuant to Rule 72(a). ECF No. 31. Under Rule 72(a) if a party objects to a magistrate judge's order on a non-dispositive motion, the District Judge must "modify or set aside any portion of the order that is clearly erroneous or contrary to law." *Id.*

After considering Defendant's objections to ECF No. 22, as modified by ECF No. 30, this Court concludes that the rulings of the Magistrate Judge in ECF Nos. 22 and 30 are not clearly erroneous or contrary to law.

Accordingly, Defendant's objection, ECF No. 31, to the Magistrate Judge's order, ECF No. 22, as modified by ECF No. 30,  is **OVERRULED** and the order, ECF No. 22, as modified by ECF No. 30, is **AFFIRMED**.

**SO ORDERED on June 3, 2020.**

                                              s/Mark E. Walker             
                                              **Chief United States District Judge**