UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROVIDED TO TOMOKA
CI ON 5/28/20
FOR MAILING BY E.B.

ERIC K. BROOKS,
Plaintiff,

v.

Case No.: 4:19cv0524-MW/MAF

OFFICER DAMON MILLER,
Defendant.
_____/

## MOTION TO AMEND AND CORRECT PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE'S ORDER ECF No. 22

COMES NOW THE PLAINTIFF, ERIC K. BROOKS, AND MOVES THIS COURT TO ACCEPT this amendment and correction of Plaintiff's Motion for Review, pursuant to Rule 15(d), Fed. R. Civ. P.

1. Plaintiff has previously placed this court on notice through his First Motion to Compel Discovery that FDOC staff at Tomoka CI are actively impeding his attempts to litigate by obstructing his legal mail.

2. On or around May 4, 2020, TCI administration reassigned mailroom staffer Cassandra Adams after numerous complaints, including Plaintiff's, replacing her with a masonry instructor named S. Ghaly.

3. On Monday May 18, 2020, Plaintiff attempted to mail out his Opposition to Motion to Stay Discovery and 2 Motions for Leave of this court.

4. Staffer Ghaly refused to take it because Plaintiff licked and sealed the envelope, purportedly for fear of infection, then left Plaintiff's housing unit after forcing Plaintiff to address a new envelope without taking it, without allowing Plaintiff to place the new envelope and motion in the mail.

5. As a result of Ghaly's refusal to accept Plaintiff's mail, it was not sent out until May 19, despite plaintiff's good-faith efforts to timely file these previously prepared Motions.

WHEREFORE, Plaintiff asks the Court to correct the record with respect to the inadvertent incorrect date given in paragraph 12, p. 2) of Plaintiff's Motion for Review of Magistrate's Order, reflecting the mailing date of May 19, 2020.

Respectfully Submitted,

Eric K. Brooks
Eric K. Brooks, plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I provided a copy of this Motion to Amend and Correct to Defendant's Counsel Hannah D. Monroe, Attorney, 300 S. Adams St., Box A-5, Tallahassee, FL 32301, by furnishing it to prison mail officials for prepaid first class US mail on the 28th day of May, 2020.

Eric K. Brooks
Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

Eric K. Brooks 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.95
0000360581 MAY 28 2020

CHECKED JUN - 1 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
Tallahassee, Florida 32301-7730

LEGAL MAIL

**LEGAL MAIL**

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION