IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC K. BROOKS,**

    **Plaintiff,**

v.                              Case No.   4:19cv524-MW/MAF

**OFFICER D. MILLER,**

    **Defendant.**

_____/

**ORDER DENYING AS MOOT MOTION TO
AMEND AND CORRECT MOTION**

This Court has considered, without hearing, Plaintiff's *pro se* Motion to Amend and Correct Plaintiff's Motion for Review of Magistrate's Order ECF No. 22.[1] ECF No. 37. Since this Court addressed Plaintiff's Motion for Review of Magistrate's Order in its Order Affirming Magistrate Judge's Order on June 3, 2020, ECF No. 35, this Court shall consider Plaintiff's instant motion.[2] In his motion, Plaintiff requests this Court change a date from May 18, 2020, to May 19, 2020. This change, even if granted, would not affect this Court's ruling of June 3, 2020.

Accordingly,

---

[1] Plaintiff's Motion for Review of Magistrate's Order is ECF No. 31, not ECF No. 22.
[2] While Plaintiff's motion was received and date stamped by the Clerk on May 28, 2020, it did not appear on the docket until June 4, 2020. Thus, it is no fault of Plaintiff's that his motion was not addressed in this Court's order of June 3, 2020.

1

**IT IS ORDERED** that Plaintiff's Motion to Amend and Correct, ECF No. 37, is **DENIED as moot**.

**SO ORDERED on June 4, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**