UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROVIDED TO TOMOKA
CI ON 6-3-20
FOR MAILING BY CA S.B.

ERIC K. BROOKS
    Plaintiff,

vs.

Case No.: 4:19cv0524-MW/MAF

OFFICER DAMON MILLER,
    Defendant.
_____/

## MOTION TO SUPPLEMENT THE RECORD

COMES NOW THE PLAINTIFF, Eric K. Brooks, pro se, and moves this court to accept the enclosed Declaration in Support of Motion for Temporary Restraining Order and accompanying proposed Temporary Restraining Order. They were not copied along with the Motion for Temporary Restraining Order and Memorandum of Law and are now submitted to complete the record. Plaintiff avers this was the result of inadvertance alone, and not done with the intent to deceive, mislead, or delay.

Respectfully submitted,
*Eric K. Brooks*
Eric K. Brooks, plaintiff

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, this Motion contains 91 words.
*Eric K. Brooks*
Eric K. Brooks, plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above-named Motion and enclosures have been provided to Defendant's counsel by providing a copy to prison mail officials for prepaid first class US mailing to Hannah D. Monroe, 300 S. Adams St. Box A-5, Tallahassee, Florida, 32301, on this 3d day of June 2020.

*Eric K. Brooks*
Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, Florida 32124-1098

Filed
RCVD USDC FLND TL
JUN 5 '20 PM 4:25

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Eric K. Brooks states:

1. I am the Plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order and a preliminary injunction to ensure that I am able to review critical discovery documents without interference from FDOC Staff.

2. On April 21, 2020, Defendant Miller attempted to serve 2 discs, Bates # 49-50, on Plaintiff; these discs contained audio and video transcribed from defendant Miller's dash-cam unit "MAVRIC #100711" and were part of Defendant's First Production of Documents in the above captioned 1983 action.

3. Tomoka C.I. mail room staff Cassandra Adams thwarted that service by seizing the discs and returning them to Defendant Miller's counsel, Hannah D. Monroe.

4. Adams' seizure was based on FAC ch-33-210.102(6)(b)(1), which prohibits receiving non-paper items in legal mail.

5. Plaintiff immediately filed an inmate grievance asserting his statutory right to have access to the discs. See attached Appendix A, Inmate grievances.

6. FDOC failed to grant relief through the grievance system.

7. I will suffer irreparable harm if I am not able to review the documents Bates # 49-50 prior to preparing my Opp. S.J.

8. Tomoka C.I. Mailroom Staff Cassandra Adams, Tess Gronik, and S. Ghaly have made a concerted effort to obstruct Plaintiff incoming and outgoing legal mail in retaliation for the complaints and grievances I have filed over the seizure of these discs.

9. AWP J. Haas is in charge of access to the Law Library and inmate grievances. She has ratified mail room staff's misconduct by denying my grievances seeking the return of my seized discovery documents. See APPX A.

10. Warden D. Duncan is directly responsible for the actions of his employees under Florida Statute 944; he has also ratified their misconduct by denying my grievances. See APPX. A.

11. My Opposition to Summary Judgment is due by June 15, 2020.

12. For the reasons set forth in the memorandum of law filed with this motion, the Plaintiff is entitled to a temporary restraining order requiring Damon Miller to remail the discs to Plaintiff immediately, enjoining Tomoka C.I. Staff from interfering with the receipt and to secure storage of those documents and requiring law Library Staff to provide timely access to the equipment to fully review their contents forthwith.

13. For the foregoing reasons, the court should grant the Plaintiff's motion in all respects.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date 6/3/2020

Respectfully Submitted

*Eric K. Brooks*
ERIC K. Brooks, Plaintiff

Eric K. Brooks 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION

CHECKED JUN - 5 2020

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.65⁰
02 4W
0000360581 JUN 03 2020

MAILED FROM A STATE CORRECTIONAL INSTITUTION

United States District Court
Northern District of Florida
Office of The Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7730

**LEGAL MAIL**

32301$7730 C001