UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION

ERIC K. BROOKS
Plaintiff

vs.   Case No. 4:19cv0524-MW/MAF

DAMON MILLER,
Defendant,

## ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

Upon the supporting declaration and the accompanying Memorandum of Law it is

ORDERED that Defendant Damon Miller show cause in room of the United States Courthouse 111 N. Adams St., Tallahassee, Florida 32301 on the day of _____, 2020, at o'clock, why a Preliminary injuction should not issue Pursuant to Rule 65(a), Fed. R. Civ. P., enjoining said Defendant, agent and all other Persons acting in concert and Participation with them to cease obstructing Plaintiff's lawful discovery activities, in Particular with respect to incoming and outgoing legal mail.

IT IS FURTHER ORDERED that effectively and Pending the hearing and determination of this matter, defendant Miller shall arrange to

remail Bates #49-50 ("MAVRIC #100711 dash-cam audio-video recordings") to Plaintiff Brooks at Tomoka C.I.

IT IS FURTHER ORDER that Tomoka C.I. Warden D. Duncan and Asst. Warden/Programs J. Haas direct Tomoka C.I. mailroom staff to allow the discs to enter Tomoka C.I. through legal mail; that those discs be served and stored by law Library Supervisor W. Tattenbaum; and that arrangements be made for Plaintiff Brooks to fully review the contents of said documents within 48 hours of arrival at Tomoka C.I., to not be disposed of until the conclusion of all litergation in this matter.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendant Miller and Warden D. Duncan by 2020 and the United States Marshals Service is hereby directed to effectuate such service.

United States District Judge

Eric K. Brooks 582151
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION

CHECKED JUN - 5 2020

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.65⁰
02 4W
0000360581 JUN 03 2020

MAILED FROM A STATE CORRECTIONAL INSTITUTION

United States District Court
Northern District of Florida
Office of The Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida 32301-7730

**LEGAL MAIL**

32301$7730 C001