UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,
Plaintiff,

vs.

Case No.: 4:19cv0524-MW/MAF

OFFICER DAMON MILLER,
Defendant.
_______________________/

PLAINTIFF'S THIRD MOTION TO SUPPLEMENT THE RECORD

COMES NOW THE PLAINTIFF, Eric K. Brooks, pro se, and moves this court to accept the enclosed exhibits to supplement the record, which same were previously sent with ECF No. 31 but mysteriously failed to arrive with that Motion; these exhibits are filed to aid in the review of Magistrate's Order ECF No. 22, for purposes of opposing summary judgment, and such other purposes as this court may deem appropriate. Defendant already possesses them, as they were produced in discovery.

Enclosures: 3 Exhibits, 6 pp.

Respectfully submitted,
Eric K. Brooks
Eric K. Brooks, plaintiff

I certify that the foregoing Motion contains 86 words, pursuant to N.D. Local Rule 7.1.

Eric K. Brooks
Eric K. Brooks, plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have provided a copy of this Motion to Supplement the Record to Defendant's counsel Hannah D. Monroe, 300 S. Adams St., Box A-5, Tallahassee, Florida, 32301, by furnishing it to prison mail officials for prepaid first class US Mail on this 8th day of June 2020.

Eric K. Brooks
Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, Florida 32124-1098

PROVIDED TO TOMOKA
CI ON 6/8/2020
FOR MAILING BY E.B.

FILED USDC FLND TL
JUN 10 '20 PM1:42

# Plaintiffs Exhibits A, B, and C

Plaintiff's Exhibit A: Tallahassee PD Incident Report Bates# 226-229
Plaintiff's Exhibit B: Florida Uniform Traffic Citation Bates#55
Plaintiff's Exhibit C: TPD Property and Evidence Receipt Bates#230

# Tallahassee Police Department

Incident Report

**Report:** 11/12/2016 16:21
**Case Number:** 00-16-037025

## Incident

| **Case Number:** 00-16-037025 | **Date Of Report:** 11/12/2016 16:21 | **Occured On From:** 11/12/2016 15:16 | **Occured To:** 11/12/2016 15:16 | **Report Type:** Original - Arrest Affidavit |
|---|---|---|---|---|
| **Incident Type:** Criminal Offense | | **Department Case Status:** Closed - Cleared By Arrest | **Case Status Date:** | **Cleared:** |
| **Business Name:** 2516 Golf Terrace Tallahassee Florida | | | | |

**Day of Ocurrence:** Saturday
**Dispatched:** 11/12/2016 15:16
**Received:** 11/12/2016 15:16
**Arrived:** 11/12/2016 15:16
**Reported Via 911 Yes No:** No
**Was Evidence Collected:** Yes
**Evidence Collected From:** Person(s)
**Photos Videos Taken:** Yes - In Car Camera

**Digital Cam and Vehicle Video Number:** 100711
**Photos Video Taken by:** Ofc D Miller
**Specific Location Type:** Street/Road/Highway/Interstate
**Hate Crime UCR:** No
**Confidentiality Req:** No
**Juvenile Involved:** No
**District Zone:** Charlie-4A

## Offense 1 - Original Offense

| **Florida Statute:** 322.03(1) Operate Motor Vehicle WO Valid License | **Local Ordinance:** | **Lighting Conditions:** Daylight | **Disposition Date:** 11/12/2016 |
|---|---|---|---|

Offense Information

**Attempted/Commited:** Committed
**Premise Type:** Residential
**Number Of Premises:** 01
**Entry Type:** Not Applicable
**Suspect Characteristics:** Drug Activity

**Occupancy Code:** Not Applicable
**Offense Status:** Cleared By Arrest - Adult
**Exceptional Clearance:** Arrested On Primary Offense
**Number Of People Arrested:** 01

Roles

**Person Name:** Eric K Brooks
**Type:** Arrestee

**Primary Role:** Yes

## Offense 2 - Original Offense

| **Florida Statute:** 893.13(6A) Drugs/Narcotics-Possess Cocaine | **Local Ordinance:** | **Lighting Conditions:** Daylight | **Disposition Date:** 11/12/2016 |
|---|---|---|---|

| **Reporting Officer:** DAMON MILLER 375 97017 | **Department:** Tallahassee Police Department | **Report Status:** Approved |
|---|---|---|
| **Supervising Officer:** | | **Date/Time:** |
| **Verifying Officer:** W BUTLER 212 98291 | **Department:** Tallahassee Police Department | **Date/Time:** 11/12/2016 17:00 |

00-16-037025

# Tallahassee Police Department

Incident Report

**Report:** 11/12/2016 16:21
**Case Number:** 00-16-037025

## Offense Information

**Attempted/Commited:** Committed
**Premise Type:** Residential
**Number Of Premises:** 01
**Entry Type:** Not Applicable
**Suspect Characteristics:** Drug Activity

**Occupancy Code:** Not Applicable
**Offense Status:** Cleared By Arrest - Adult
**Exceptional Clearance:** Arrested On Primary Offense
**Number Of People Arrested:** 01

## Roles

**Person Name:** Eric K Brooks
**Type:** Arrestee

**Primary Role:** Yes

## Person 1 - Eric K Brooks

| Person Type: Arrestee | Home Phone: | Business Phone: | Mobile Phone Pager: |
|---|---|---|---|
| Race: Black | Sex: Male | DL ID Number: | DL Exp. Date: |
| SSN: | Birth Date: 08/02/1973 | Birth Place: | |
| Person Address: 3216 Jim Lee Rd Tallahassee Florida (Leon County) | | | |
| Employer Information: | | | |

## Person Information

**Age:** 43

**SPN JIS Number:** 51-98-9

## Business 1 - State of Florida

| Business Type: Victim | Business Phone: | Address: |
|---|---|---|

| Reporting Officer: DAMON MILLER 375 97017 | Department: Tallahassee Police Department | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: W BUTLER 212 98291 | Department: Tallahassee Police Department | Date/Time: 11/12/2016 17:00 |

00-16-037025

# Tallahassee Police Department

Incident Report

Report: 11/12/2016 16:21
Case Number: 00-16-037025

## Vehicle 1 - Florida Kia

| Model Free Form: | Vehicle Status | Vehicle Disposition: Left On Scene | VIN: KNDJN2A29G7368695 |
|---|---|---|---|
| Tag Number: 827QHG | Tag Expiration Date: 11/18/2017 | Vehicle Type: Auto | Category: Searched |
| Business Name: | | Recovery Location Buss Name: | |

### Vehicle Information

**Primary Top Color:** BLACK
**Vehicle Style:** Hatchback 2 door
**Insured:** No

**Keys In Vehicle:** Yes
**Vehicle Locked:** Unknown
**Release Authority:** Reporting Officer

## Property 1 - Drugs/Drug Paraphernalia

| Description: Cocaine | Year | Make: | Model: |
|---|---|---|---|
| Category: * Evidence - HOLD | Condition | Serial Number: | Color: WHITE |
| Stolen Location: | | Recovery Location: | |

### Property Information

**UCR Type:** Evidence - Hold

**Insured:** Evidence/Seized

### Document/Drugs

**Drug Activity:** Other - Explain In Narrative
**Drug Type:** Cocaine

**Drug Quantity:** 1.000 Gram (s)

## Narrative 1 - Basic - Original Report

PROBABLE CAUSE TEMPLATE - ORIGINAL REPORT
=============================================

TIME OF ARREST (ARRESTEE IN PHYSICAL CUSTODY):
1518

DEFENDANT NAME: Eric Brooks

DOB: 8/2/73

| Reporting Officer: DAMON MILLER 375 97017 | Department: Tallahassee Police Department | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: W BUTLER 212 98291 | Department: Tallahassee Police Department | Date/Time: 11/12/2016 17:00 |

00-16-037025

# Tallahassee Police Department

**Report:** 11/12/2016 16:21
**Case Number:** 00-16-037025

Incident Report

FACTS TO SUPPORT ABOVE CHARGE(S):

While on uniformed patrol I observed Brooks driving a black KIA bearing FL tag, 827QHG and park in front of 2516 Golf Terrance. Brooks exited the vehicle and began walking towards other pedestrians that were gathered in the area.

I also drove to the area and exited my vehicle, and had a consensual contact with Brooks. When asked for his FL DL, Brooks stated that he did not have a valid license. Based upon this omission and observing him drive to the area, I placed Brooks under arrest for No Valid DL. While searching his left front jacket pocket, I found a rectangular piece of crack cocaine. Brooks immediately stated that he was unaware that it was in his pocket.

Post Miranda, that I read from a preprinted issued card, Brooks waived his rights and agreed to speak. Brooks admitted that he received the cocaine from an unknown black male wearing a camo jacket that was previously in the area, and had never been issued a FL DL, which was confirmed via DAVID.
Brooks was additionally charged with Possession of Cocaine and transported to LCJ without incident.
Ofc Wirght tested the suspected crack cocaine which tested presumptive positive. This affiant impounded the cocaine at TPD headquarters.
This interaction was captured vis MAVRIC #100711.

PLACE AN "X" IN FRONT OF ALL THAT APPLY:

Supplemental Reports Submitted
Victim Statement Submitted
Witness Statement(s) Submitted
Suspect/Arrestee Statement Impounded
X Property Impounded
Vehicle Towed

| Reporting Officer: DAMON MILLER 375 97017 | Department: Tallahassee Police Department | Report Status: Approved |
|---|---|---|
| Supervising Officer: | | Date/Time: |
| Verifying Officer: W BUTLER 212 98291 | Department: Tallahassee Police Department | Date/Time: 11/12/2016 17:00 |

00-16-037025

16-37025

16-37025

FLORIDA UNIFORM TRAFFIC CITATION A3QI81E

County Of: LEON

City (If Applicable): TALLAHASSEE

☐ (1) F.H.P. ☒ (2) P.D. ☐ (3) S.O. ☐ (4) Other

Agency Name: TALLAHASSEE POLICE DEPT

Agency #: 2

In the court designated below the undersigned certifies that he/she has just and reasonable grounds to believe and does believe that on:

SUMMONS (DEFENDANT COPY)

| Day of Week | Month/Day/Year | Time |
|---|---|---|
| SATURDAY | 11/12/2016 | 03:50 PM |

| Name First | Middle | Last |
|---|---|---|
| ERIC | C | BROOKS |

Street: 3216 JIM LEE RD APT 1 — IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

| City | State | Zip |
|---|---|---|
| TALLAHASSEE | FL | 32305 |

| Telephone | DOB | Race | Sex | Hgt |
|---|---|---|---|---|
| | 08/02/1973 | B | M | 504 |

| Driver License Number | State | Class | CDL License | Yr. License Exp. | Comm. Mtr. Veh. |
|---|---|---|---|---|---|
| | FL | E | ☐ Yes ☒ No | 2018 | ☐ Yes ☒ No |

| Yr. Veh | Make | Style | Color |
|---|---|---|---|
| 2016 | KIA | UT | BLK |

| Veh. License # | Trailer Tag # | State | Year Tag Expires |
|---|---|---|---|
| 827QHG | | FL | 2017 |

| Placarded Hazardous Material | >=16 Pass. | Motorcycle | Companion Citation Nos |
|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |

Upon a Public Street or Highway or Other Location Namely: 2516 GOLF TERRANCE

Ft. ______ Miles ______ ☐ N ☒ S ☐ E ☐ W Of Node ______

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE, CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED ______ MPH SPEED APPLICABLE ______ MPH

( ☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT )

SPEED MEASUREMENT DEVICE ______

- ☐ CARELESS DRIVING
- ☐ VIOLATION OF TRAFFIC CONTROL DEVICE
- ☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
- ☐ IMPROPER CHANGE OF LANE OR COURSE
- ☐ NO PROOF OF INSURANCE
- ☐ VIOLATION OF RIGHT-OF-WAY
- ☐ CHILD RESTRAINT
- ☐ SAFETY BELT VIOLATION
- ☐ IMPROPER OR UNSAFE EQUIPMENT
- ☐ EXPIRED TAG SIX (6) MONTHS OR LESS
- ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
- ☐ IMPROPER PASSING
- ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
- ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
- ☒ NO VALID DRIVER LICENSE
- ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
- ☐ DRIVING UNDER THE INFLUENCE
- ☐ PASSENGER UNDER 18 YRS.

BAL ______

DL NO DL-NEVER HAD ONE ISSUED

Re-Exam ☐ Yes ☒ No

DL Seized ☐ Yes ☒ No

| ☐ Aggressive Driving | In Violation Of State Statute | Section | Sub-Section |
|---|---|---|---|
| | | 322.03(1) | |

| Crash | Property Damage | Injury to Another | Serious Bodily Injury to Another | Fatal |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☒ No ☐ Yes $ ______ | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |

☒ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED AS INDICATED BELOW

☐ INFRACTION COURT APPEARANCE REQUIRED AS INDICATED BELOW

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT

A3QI81E

Civil Penalty is $ 0.00

Court Information

DATE ______ TIME 1:30 PM

COURT ______

LOCATION ______

Arrest Delivered To LCJ Date 11/12/2016

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| Rank - Name Of Officer | Badge No. | ID No. | Troop/Unit |
|---|---|---|---|
| D. MILLER, JR. | 375 | 375 | PATROL |

☒ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE

# Tallahassee Police Department
# Property & Evidence Receipt

1. Case Number: 00-16-037025 (handwritten: 37025)

**INCIDENT**

2. Type of Crime or Incident: 70/31

3. Date, Day, and Time Impounded: 11/12/16 Sat

4. WinACE Number:

5. Address where items were taken (Give exact location of recovered items): 2516 Gold Terrace

**PERSON**

6. Person Type Codes: V = Victim O = Owner R = Reporting Person P = Discovering Person S = Suspect A = Arrested Person (Note all that apply)

| 6. Code | 7. Name (Last, First Middle) | 8. Race | 9. Sex | 10. D.O.B. | 11. Address (Include City, State, and ZIP Code) | 12. Home Phone | 13. Work Phone |
|---|---|---|---|---|---|---|---|
| A | Brooks, Eric | B | M | 9/2/93 | 3216 Sin Leche Apt A | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**NARRATIVE**

| 14. Item Number | 15. Quantity (Weight/Count) | 16. Narrative/Description: (Found property – include circumstances of receipt) (Generic name, style/shape, specific type, material, trade or manufacture name, model, size, color, condition, identifying marks, etc.) | 17. P&E Location |
|---|---|---|---|
| 1 | 1g | Cocaine | |

18. NCIC Check: ☐ Yes ☒ No

19. Hold Requested/ Requesting Person/Purpose: ☐ Yes ☐ No Evidence

20. Processing Required: ☐ Yes ☒ No

21. Owner Notified by/Date:

**CHAIN OF CUSTODY**

22. Signature of person received from (if present):

23. Supervisor's Approval Signature:

26. Processed by/Date

24. Signature of Seizing Officer and ID Number: [signature] #375

Item numbers/Purpose

25. Verifying Signature (required for cash)

Received by:

Date/Time

Received: In person: ☐ After-hours Storage: ☐ Other:

27. Released from:

Item numbers/Purpose

Received by:

Date/Time

Received: In person: ☐ After-hours Storage: ☐ Other:

28. Released from:

Item numbers/Purpose

Received by:

Date/Time

Received: In person: ☐ After-hours Storage: ☐ Other:

PD139 (Revised May 2016) ORIGINAL - RECORDS MANAGEMENT

[illegible]
Tomoka correctional Institution
3950 Tiger Bay Road
DayTona Beach, Florida
32124

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

U.S. POSTAGE PITNEY BOWES
ZIP 32124 $ 000.65⁰
02 4W
0000360581 JUN 08 2020

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

CHECKED

United STATES District court
Northern District of Florida
office of The clerk
111 north Adams street, suite 322
Tallahassee, Florida 32301-7730

**LEGAL MAIL**

32301$7730 C001