IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC K. BROOKS,

     Plaintiff,

vs.                                              Case No.  4:19cv524-MW-MAF

OFFICER D. MILLER,

     Defendant.

_____/

## O R D E R

     A telephonic conference was held today to resolve the issue of
Plaintiff's receipt of a DVD which was submitted by the Defendant in
support of the motion for summary judgment, ECF No. 17.  The DVD is
Exhibits C.  This Order memorializes that conference.

     Counsel for Defendant will mail the DVD, with audio, to Plaintiff within
10 days, and preferably as soon as possible.  To ensure delivery and
acceptance, the DVD will be directed to the attention of Ms. Katinka
Thomas in the Classification Department at Tomoka C.I.  Within 10 days of
receipt, Plaintiff will be permitted to review the DVD exhibit.  Plaintiff must
be given sufficient time to review the evidence and he is advised to take

notes such that he can respond as necessary to the pending motion for summary judgment. Without objection, Plaintiff's request was granted to mail the DVD to his family to hold for him.

Plaintiff shall have until Monday, **August 10, 2020**, to file his opposition to Defendant's summary judgment motion, ECF No. 17. Thereafter, if permissible under Local Rule 56.1(D), Defendant Miller may file a reply no later than Thursday, **August 20, 2020**.

Plaintiff is reminded that his response to the summary judgment motion must be one document which includes all relevant facts, argument, and a supporting memorandum of law. Plaintiff must attach all relevant evidence as exhibits to his response. He need only submit evidence that is not already in the record; submitting duplicate copies of exhibits is an unnecessary expense. Plaintiff is advised to review the prior Order, ECF No. 18, entered on May 4, 2020, which provided guidance as to Plaintiff's responsibilities in opposing summary judgment.

Accordingly, it is **ORDERED:**

1. Within ten (10) days, Defendant must mail to Plaintiff a copy of Exhibit C, submitted with Defendant's motion for summary judgment, ECF No. 17. The exhibit shall be mailed to the attention of Katinka Thomas,

Classification Department of Tomoka Correctional Institution,  3950 Tiger Bay Road, Daytona Beach, FL 32124

2.  Within ten (10) days of receipt of the Exhibit, Plaintiff must be provided sufficient opportunity to review the Exhibit and take notes.

3.  Plaintiff is permitted to mail the Exhibit to a family member to store for him after he has reviewed it.

4.  Plaintiff has until Monday, **August 10, 2020**, to file his opposition to Defendant's summary judgment motion, ECF No. 17.

5.  If permissible under Local Rule 56.1(D), Defendant Miller may file a reply to Plaintiff's response no later than Thursday, **August 20, 2020**.

6.  Plaintiff's third motion to supplement the record, ECF No. 44, is **DENIED** because all evidence pertaining to summary judgment must be filed with Plaintiff's response in opposition to the motion.  Piecemeal responses are not permissible.

7.  Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

8.  The Clerk of Court shall refer this case upon Plaintiff's filing of his opposition in response to Defendant's summary judgment motion, or no later than August 10, 2020.

Case No. 4:19cv524-MW-MAF

**DONE AND ORDERED** on June 11, 2020.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**