# UNITED STATES DISTRICT COURT
# GENERAL MINUTES

**Case # 4:19cv524-MW/MAF**                    **Date: June 11, 2020**

### Eric L. Brooks -vs- Officer D. Miller

**DOCKET ENTRY: Telephonic Hearing Held**          **9:32 - 9:46 am**

**Classification Officer Kacinka Thomas present on call. Counsel for Defendant to mail DVD/Audio to Ms. Thomas at Tomoka CI for Plaintiff to view/listen to at facility. Plaintiff to provide classification officer an address to forward DVD/Audio to after review. Plaintiff response to Motion for Summary Judgment (ECF 17) is due by 8/10/2020. Defendant's reply due August 20, 2020.**

**PRESIDING: Martin A. Fitzpatrick, United States Magistrate Judge**

| Angie Maxwell | DCR TLH |
|---|---|
| **Courtroom Deputy Clerk** | **Court Reporter** |

| **Present for Plaintiff** | **Attorneys Present for Defendant** |
|---|---|
| **Eric K. Brooks, Pro Se** | **Hannah Monroe** |

**Proceedings:**