UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROVIDED TO TOMOKA
CI ON 6/12/2020 cy
FOR MAILING BY E.B.

ERIC K. BROOKS,
   Plaintiff,

vs.

Case No.: 4:19cv0524-MW/MAF

OFFICER DAMON MILLER,
   Defendant.
_____/

OBJECTION AND MOTION TO MODIFY ORDER

COMES NOW the plaintiff, Eric K. Brooks, pro se, and enters his formal objections to certain judicial acts which took place during a telephonic hearing with Magistrate Judge Martin A. Fitzpatrick, defendant's counsel Hannah D. Monroe, FDOC classification officer K. Thomas and Plaintiff, on June 11, 2020, at 9:30 am.; this motion filed pursuant to N.D. Fla. Local Rule 72.1 (A)(2):

STATEMENT OF FACTS RELEVANT TO THE MOTION

1. On May 12, 2020, the court issued Order granting defendant's Motion to Stay Discovery. ECF No. 22.

2. In that Order the court stated, "Furthermore, an opportunity is given to Plaintiff to file a response to this Order and demonstrate a _specific_ discovery request that has _already_ been made as of this date which Plaintiff contends he needs to receive before responding to summary judgment. Any such response must clearly explain why the discovery is needed to adequately respond to the motion." (Ibid., p. 4, lines 10 through 14)(emphasis in original).

3. Order set a deadline for that response as follows: "Plaintiff's response to this Order, if necessary, must be filed by May 28, 2020." (Ibid., p. 4, line 16 and 17).

4. Plaintiff complied with that "opportunity" by filing his Response to Order (ECF No. 22), in which he painstakingly reproduced by hand the outstanding discovery requests and then provided the reason(s) he needed those discovery requests. ECF No. 33. That Response was filed on May 28, 2020. Ibid.

5. Plaintiff raised the question of the disposition of those outstanding discovery requests during the telephonic hearing; the Magistrate repeatedly insisted that he had addressed it in his Order ECF No. 30, which was issued on May 27, 2020.

## SUPPORTING MEMORANDUM

Plaintiff has searched Order ECF No. 30 for anything which could be said to address the question of the outstanding discovery requests, which the Magistrate again mentions on p. 1, lines 7 and 8, and p. 2, lines 1 and 2. However, the only discovery matter addressed in Order ECF No. 30 is the discs which are the subject of a Motion to Compel, ECF No. 24.

Very simply, the Magistrate is mistaken. He issued Order ECF No. 30 on May 27, 2020, the day before Plaintiff filed his Response to Order (ECF No. 22), on May 28, 2020. Plaintiff has followed this court's directive to list specific timely-filed discovery requests, per ECF No. 22, and to date this Response has gone unaddressed.

The items in controversy are listed below:
A) Plaintiff's Second Request for Production of Documents, filed as Appendix 1, ECF No. 31.
B) Plaintiff's Second Interrogatories for Defendant Damon Miller, filed as part of Appendix A, ECF No. 33.
C) Plaintiff's First Request for Admissions, filed as part of Appendix A, ECF No. 33.

Plaintiff is entitled to these discovery requests as a matter of due process — they were filed prior to defendant's Motion for Summary Judgment — and because this court has directed Plaintiff to list such specific requests if they were timely-filed and necessary to oppose summary judgment.

## CONCLUSION

WHEREFORE, all premises considered, Plaintiff moves this court to revisit Orders ECF No. 22 and ECF No. 30, review Plaintiff's timely-filed Response to Order (ECF No. 22), and direct Plaintiff as to how Plaintiff is to receive the promised results of the "opportunity ( ) given to Plaintiff" in Order ECF No. 22, having complied with the Order and demonstrated his need.

Respectfully submitted,
*Eric K. Brooks*
Eric K. Brooks, plaintiff

### WORD COUNT COMPLIANCE

Pursuant to N.D. Fla. Local Rule 7.1(F) this Objection contains 511 words.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have provided a copy of this Objection and Motion to Modify Order to defendant's counsel Hannah D. Monroe, 300 S. Adams St., Box A-5, Tallahassee, Florida 32301, by furnishing it to prison mail officials for prepaid first class US mail on this 12th day of June, 2020.

*Eric K. Brooks*
Eric K. Brooks, plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, FL 32124-1098

2

Eric R. Brooks J59215
Tomoka Correctional Institution
3950 Tiger Bay Road
Datona Beach, Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.50⁰
02 4YY
0000360581 JUN 15 2020

CHECKED

UNITED STATE Northern District
111 North Adams Street
Tallahassee, Florida 32301

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

32301$7736 C001