IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC K. BROOKS,**

     **Plaintiff,**

v.                                Case No. 4:19cv524-MW/MAF

**OFFICER D. MILLER,**
     **Defendant.**
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This Court entered its Order Affirming Magistrate Judge's Order, ECF No. 35, in which it affirmed the rulings in ECF No. 22, as modified by ECF No. 30. Plaintiff has filed his Objection and Motion to Modify Order, ECF No. 47, in which he asks this Court to "revisit orders ECF No. 22 and ECF No. 30." This Court has construed the motion as a motion for reconsideration of its order of June 3, 2020. The motion, ECF No. 47, is **DENIED** to the extent is seeks reconsideration of its order. This matter is remanded to the Magistrate Judge for further consideration.

    **SO ORDERED on June 19, 2020.**

                                          s/Mark E. Walker      
                                          **Chief United States District Judge**