FLORIDA
DEPARTMENT of
CORRECTIONS

Governor
**RON DESANTIS**

Secretary
**MARK S. INCH**

501 South Calhoun Street, Tallahassee, FL 32399-2500                                  http://www.dc.state.fl.us

June 23, 2020

Judge Martin A. Fitzpatrick,

      In regard to Case Number 4:19cv524-MW-MAF, Inmate BROOKS, Eric #582151 was previously ordered to watch a DVD to review evidence on 6/11/2020. The two DVDs were received by Tomoka Correctional Institution classification staff and the inmate Brooks was placed on call out to review the DVDs on June 17th, 2020. Due to the extensive length of the videos, inmate Brooks finished reviewing one of the DVDs on June 17, 2020 but was placed on call out for today, June 23, 2020 to review the second DVD. Unfortunately, due to the COViD-19 pandemic, inmate Brooks' housing dormitory has been placed on medical quarantine today due to another inmate from the dorm presenting symptoms consistent with COViD-19. At this time, inmate Brooks will be on a 14-day medical quarantine and will be unable to review the second DVD until released from medical quarantine. Inmate Brooks is restricted to remain the in dormitory at all times and there is not a computer available in the dormitory to review the DVD footage. As inmate Brooks assigned classification officer, I am requesting on his behalf an extension to review the DVD footage.

Thank you,

/s/ *Amanda Champion*
Classification Officer
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, FL 32124
(386) 254-2568
(386) 323-1116 fax
Amanda.Champion@FDC.myflorida.com

★ **INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME** ★