IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC K. BROOKS,**

    **Plaintiff,**

**vs.**                                                       **Case No.  4:19cv524-MW-MAF**

**OFFICER D. MILLER,**

    **Defendant.**
_____/

**O R D E R**

A telephonic conference was held on June 11, 2020, to resolve an issue with Plaintiff's receipt of a DVD (Exhibit C) submitted by Defendant Miller in support of the motion for summary judgment, ECF No. 17.  An Order memorializing the conference, ECF No. 45, outlined that Defendant's counsel would mail the DVD to Plaintiff within 10 days, and an official in the Classification Department at Tomoka C.I. would permit Plaintiff to review the exhibit within 10 days of receipt.

A response to that Order has now been submitted by a Classification Officer, ECF No. 49, which explains that the Exhibit was received and Plaintiff was called out to review the DVDs on June 17, 2020.  It appears

that the Exhibit included several DVDs and, because of their length, Plaintiff was only permitted to review one DVD on June 17, 2020. *Id.* Plaintiff was to have another call out on June 23, 2020, to review the second DVD. *Id.* However, due to the COVID-19 pandemic, Plaintiff's dormitory has been placed on necessary quarantine. Plaintiff is "on a 14-day medical quarantine and will be unable to review the second DVD until released from medical quarantine" as a computer is not available in his dormitory. *Id.* Accordingly, Plaintiff's classification officer has requested an extension of time on Plaintiff's behalf. *Id.*

That request is granted and the 10 day deadline for Plaintiff to review the DVDs is extended as necessary. Within 10 days of his release from quarantine, Plaintiff must be given sufficient time to review the second DVD and take notes. When Plaintiff has completed his review, he is permitted to mail the DVDs to his family to hold for him.

The extension of that time frame does not appear necessary to extend the remaining deadlines. Thus, Plaintiff still has until Monday, **August 10, 2020**, to file his opposition to Defendant's summary judgment motion, ECF No. 17. Thereafter, if permissible under Local Rule 56.1(D), Defendant Miller may file a reply no later than Thursday, **August 20, 2020**.

Case No. 4:19cv524-MW-MAF

Accordingly, it is

**ORDERED:**

1. The motion for an extension of time to review the DVD footage, ECF No. 49, is **GRANTED**.

2. Within ten (10) days from Plaintiff's release from quarantine, prison officials must provide Plaintiff sufficient opportunity to review the remaining DVD (Defendant's Exhibit C).

3. A copy of this Order shall be mailed to the attention of Amanda Champion, Classification Officer at Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, FL 32124

4. Plaintiff has until Monday, **August 10, 2020**, to file his opposition to Defendant's summary judgment motion, ECF No. 17.

5. If permissible under Local Rule 56.1(D), Defendant Miller may file a reply to Plaintiff's response no later than Thursday, **August 20, 2020**.

6. Plaintiff shall immediately file a notice to the Clerk's Office in the event his address changes, he is transferred, or released from custody.

7. The Clerk of Court shall refer this case upon Plaintiff's filing of his opposition in response to Defendant's summary judgment motion, or no later than August 10, 2020.

**DONE AND ORDERED** on June 23, 2020.

<u>S/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**
