## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ERIC K BROOKS

    VS                                          CASE NO. 4:19-cv-00524-MW-MAF

D MILLER

## **JUDGMENT**

Plaintiff's case is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

 January 22, 2021                            s/Betsy Breeden
DATE                                                   Deputy Clerk: Betsy Breeden