UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

CASE FILE NUMBER 4:19-cv-0524-MW/MAF

ERIC K. BROOKS, Plaintiff )
)
versus ) NOTICE OF APPEAL
)
OFFICER DAMON MILLER, Defendant. )

Provided To Tomoka CI
On 2/15/21
For Mailing, by E.B.

Notice is hereby given that Eric K. Brooks, plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment entered in this action on the 22nd day of January, 2021.

_Eric K. Brooks_ pro se
Eric K. Brooks, Plaintiff
#582151 Tomoka CI
3950 Tiger Bay Road
Daytona Beach, Florida 32124-1098

FILED USDC FLND TL
FEB 19 '21 PM 12:09

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

ERIC K. BROOKS, Plaintiff

versus

Case No. 4:19-cv-0524-MW/MAF

OFFICER DAMON MILLER, Defendant.

I am an inmate confined in an institution. Today, February 15, 2021 I am depositing the Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

*Eric K. Brooks*

signed on February 15, 2021

Eric R. Brooks 582131
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM A STATE CORRECTIONAL INSTITUTION
CHECKED FEB 18 2019

U.S. POSTAGE >> PITNEY BOWES
ZIP 32124 $ 000.71⁰
0000360581 FEB 15 2021

MAILED FROM A STATE CORRECTIONAL INSTITUTION

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite 322
Tallahassee, Florida
32301-7730

LEGAL MAIL

LEGAL MAIL