UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Appeal
Case No.: 21-10590-J

ERIC K. BROOKS    L.T. 4:19-CV 524 MW/MAF
Appellant,

VS.

OFFICER DAMON MILLER

## NOTICE OF INQUIRY

Comes now the Appellant, Eric K. Brooks, Pro-se pursuant to Rule 11(b)(2), Fed R.A.P., and inquires of the district clerk whether the record of the above referenced action has been forwarded to the circuit clerk for the purposes of appeal.

As of June 3, 2021, the docket on appeal does not reflect receipt of the record.

WHEREFORE, Appellant moves the district clerk to forward the record if it has been forwarded and provide appellant with the list of documents and exhibits therein.

Respectfully Submitted
Eric K. Brooks

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served this court and Defendant's counsel a true copy of this motion of inquiry by furnishing true copies for mailing to the U.S. court of appeals, 56 Forsyth St. N.W. Atlanta, GA. 30303 and to hannah Monroe, Attorney 300 S. Adams street, Box A-5, Tallahassee, Florida 32301-1731, by providing them to prison mail officials for pre-paid first class U.S. mail, on this 23th day of JULY 2021.

Sincerely yours
Eric R. Brooks
582151-B1213

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

Eric K. Brooks _vs._ Damon Miller   Appeal No. 21-10590-J

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

Eric K. Brooks, Appellant
City of Tallahassee, Defendant-Appellee's Employer
Martin A. Fitzpatrick, Magistrate-Judge, Northern District of Florida
Damon Miller, Appellee, Tallahassee, Fla. Police Department
Hannah D. Monroe, Attorney for the City of Tallahassee, Florida
Mark Walker, Chief District Judge, Northern District of Florida

Rev.: 12/19

Eric K. Brooks B1213
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, Florida
32124

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

→ federal courts

ORLANDO FL 328
23 JUL 2021 PM 2 L

JUL 29 2021

111 N. Adams St.
United States District Court
Northern District of Florida
Office of THE Clerk
Mr. North Adams Street, Suite 322
Tallahassee, Florida 32301