UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC K. BROOKS,**

   Plaintiff,

v.                                    **Case No.: 4:19-cv-524-MW-CAS**

**DAMON MILLER,**

   Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney hereby files this Notice of Appearance for Defendant, Damon Miller, and asks to receive copies of all future pleadings.

                                       s/ Jennifer M. Painter
                                       Fla. Bar No.: 110966
                                       Assistant City Attorney
                                       City Attorney's Office
                                       300 S. Adams Street, Box A-5
                                       Tallahassee, Florida 32301
                                       T: (850) 891-8554; F: (850) 891-8973
                                       Jennifer.painter@talgov.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been furnished via U.S. Mail on this 21st day of October, 2021, to the following:

Eric K. Brooks, DC No.: 582151
Blackwater River Correctional Facility
5914 Jeff Ates Road
Milton, Florida 32583-0000

s/ Jennifer M. Painter