# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ERIC K. BROOKS,

    VS                                  USDC NO. 4:19CV524-MW-CAS
                                           USCA NO. 21-10590-JJ

OFFICER DAMON MILLER,

## TRANSMITTAL OF AMENDED RECORD ON APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.
The Certified Record on Appeal consist of total volumes as follows:

1      Volume(s) of pleadings: **(1)  ECF 17- DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW WITH EXHIBITS A-C**

2      Exhibits:      **EXHIBIT A-SECOND JUDICIAL CIRCUIT PROBABLE CAUSE AFFIDAVIT, EXHIBIT B-SECOND JUDICIAL CIRCUIT NOLLE PROSEQUI AND EXHIBIT C-(1) CD MAVRIC VIDEO**

Other: N/A

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                                                            JESSICA J. LYUBLANOVITS,
                                                            CLERK OF COURT

                                                            By: <u>Ronnell Barker</u>
                                                            Deputy Clerk
                                                           111 North Adams Street
December 7, 2021                                 Tallahassee, Florida 32301